Court for the Southern District of California to hold a hearing on petitioner's claim.

No. 72–5724. RHODES v. NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 72–239. CHILDS v. UNITED STATES, *ante,* p. 966;

No. 72–5020. GAY v. LICENSE BRANCH, REAL ESTATE COMMISSION OF THE DISTRICT OF COLUMBIA, *ante,* p. 1024;

No. 72–5082. WOCHER v. LOS ANGELES CITY SCHOOL DISTRICT ET AL., *ante,* p. 1042;

No. 72–5350. DAPPER v. O'CONNOR ET AL., *ante,* p. 1025;

No. 72–5415. WILSON v. SCOTT, DISTRICT ATTORNEY OF KENOSHA COUNTY, ET AL., *ante,* p. 1043; and

No. 72–5495. DALTON v. UNITED STATES, *ante,* p. 1062. Petitions for rehearing denied.

No. 71–1478. FALKNER ET UX. v. PASTRANO ET UX., *ante,* p. 1020; and

No. 72–463. SILVER v. CASTLE MEMORIAL HOSPITAL ET AL., *ante,* p. 1048. Motions to dispense with printing petitions granted. Petitions for rehearing denied.